FILED'08 DEC 03 16:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORI EHLERS DELORENZ CARNETT

       Plaintiff,                           CV-07-3094-MA

  v.                                             JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

      Based on the record and the Order for Remand filed herewith,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings, consistent with the order

      Dated this __3__ day of December, 2008.

                                               /s/ Malcolm F. Marsh
                                               Malcolm F. Marsh
                                               United States District Judge

1 - JUDGMENT