FILED'09 JAN 07 12:30USDC-ORP

Jim Sims
Attorney at Law, OSB 74303
Center for Non-Profit Legal Services, Inc.
P.O. BOX 1586
Medford, OR 97501
Phone : (541)779-7292
Email: jamessims@charterinternet.com
 Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF OREGON

LORI EHLERS DELORENZO CARNETT   /

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social
Administration,

    Defendant.
_____/

NO. CV-07-3094-MA

ORDER APPROVING PLAINTIFF'S APPLICATION FOR REASONABLE ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

THIS MATTER, coming regularly before the Court on the Application of Plaintiff for reasonable attorney fees pursuant to the Equal Access to Justice Act; and the parties having agreed to an award of $7,499.99 as a reasonable sum that Defendant should pay therefore; and the Court being fully advised in the premises and good cause appearing therefore, it is hereby

///

///

///

ORDER APPROVING
ATTORNEY'S FEES - 1

Center For NonProfit
**LEGAL SERVICES, INC.**
P.O. Box 1586 - Medford, Oregon 97501
TELEPHONE: (541) 779-7292

ORDERED AND ADJUDGED, that Plaintiff is awarded the sum of $7,499.99 as and for reasonable attorney fees incurred herein payable to her attorney, Jim Sims.

DATED this 7 day of January, 2009.

*Malcolm F. Marsh*
UNITED STATES DISTRICT JUDGE

Order submitted by:
Jim Sims, OSB 74303
Attorney for Plaintiff

ORDER APPROVING
ATTORNEY'S FEES - 2

Center For NonProfit
**LEGAL SERVICES, INC.**
P.O. Box 1586 - Medford, Oregon 97501
TELEPHONE: (541) 779-7292